UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WALTER J. SCHNEIDER, JR. AND PEGGY W. SCHNEIDER | * * | CIVIL ACTION:  06-7426 |
| | * | JUDGE FELDMAN |
| VERSUS | * | |
| | * | SECTION "F" |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | MAGISTRATE: 3 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### STIPULATED DISMISSAL WITH PREJUDICE

Now into this Honorable Court, through undersigned counsel come petitioners Walter J. Schneider, Jr. and Peggy W. Schneider and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure dismisses the captioned case with prejudice.

Respectfully submitted,

_____
JULIAN R. MURRAY, JR. (Bar No. 7526)
Chehardy, Sherman, Ellis, Murray, Recile,
   Griffith, Stakelum & Hayes, L.L.P.
One Galleria Blvd., Suite 1100
Metairie, Louisiana  70001
Telephone:    (504) 833-5600
Facsimile     (504) 833-8080
E-mail:           jrm@chehardy.com

So Stipulated:

_____
ERIC B. BERGER (Bar No. 26196)
Attorney for Defendant
State Farm Fire and Casualty Company